# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL ACTION |
| | : |
| v. | : NO. 23-198-4 |
| | : |
| **JOSEPH COLE BARLETA** | : |

## ORDER

**AND NOW**, this 3rd day of September 2024, upon considering Defendant's Motion to dismiss Count 49 (ECF No. 193) relating to a claim of obstructing, influencing, or impeding an official proceeding, noting the United States does not oppose the requested relief, and for good cause, it is **ORDERED** we **GRANT** Defendant Joseph Cole Barleta's unopposed Motion (ECF No. 193) requiring we **dismiss** Count 49 (obstruction of justice under section 1512(c)(2)) as to Defendant Joseph Cole Barleta only.

_____
KEARNEY, J.