# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 23-198-4 |
| | : | |
| **JOSEPH COLE BARLETA** | : | |

## ORDER

**AND NOW**, this 5th day of September 2025, upon considering the incarcerated Defendant's unopposed Motion for return of his passports to his family (ECF 369), and finding good cause, it is **ORDERED** Defendant's Motion (ECF 369) is **GRANTED in part** requiring the Clerk of Court return Mr. Barleta's presently possessed United States and Philippine passports to his counsel of record or his counsel's designee upon proof of their agency.

_____
**KEARNEY, J.**